UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETHANY REED,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KADLEC REGIONAL MEDICAL CENTER, PROVIDENCE HEALTH & SERVICES, PROVIDENCE ST. JOSPEH HEALTH,<br>　　　　　　　　Defendants. | NO: 4:22-CV-5022-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

   BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice. ECF No. 57. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that the above captioned action shall be dismissed with prejudice and without court-awarded costs or attorneys' fees to either party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

The parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 57, is **GRANTED**.

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without court-awarded costs or attorneys' fees to either party.

All hearings are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** June 6, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2